**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  August 5, 2010                    Deputy Clerk: Bernique Abiakam
                                         Court Reporter: Tracy Weir

Civil Action No.: 10-cv-00954-JLK-CBS

TRUSTEES OF THE IRON WORKERS
PENSION TRUST FOR COLORADO,
TRUSTEES OF THE INTERMOUNTAIN
IRON WORKERS HEALTH AND
WELFARE TRUST FUND, TRUSTEES
OF THE COLORADO IRON WORKERS
INDIVIDUAL ACCOUNT
TRUST FUND, and
TRUSTEES OF THE COLORADO
STATEWIDE(ERECTORS) IRON WORKERS
APPRENTICESHIP AND TRAINING
TRUST FUND,                                      Natalie R. Sullivan

        Plaintiffs,
v.

IDEAL STEEL SPECIALTIES, INC., and
GERALD A. GONZALES, JR.,                         No appearance.

        Defendants.

---

### COURTROOM MINUTES

---

**Motions Hearing**

**9:03 a.m.      Court in session.**

Court calls case.  Appearance of Plaintiffs counsel.  No appearance by Defendants counsel.

Preliminary remarks by the Court.

Statement by Ms. Sullivan.

Comments and ruling by the Court.

**ORDERED:  Amended Motion For Entry Of Default Judgment Against Defendants**

**Ideal Steel Specialties, Inc. And Gerald A. Gonzales, Jr.  (Filed 8/4/10; Doc. No. 9) is GRANTED.**

**ORDERED:  Motion For Entry Of Default Judgment Against Defendants Ideal Steel Specialties, Inc. And Gerald A. Gonzales, Jr. (Filed 7/21/10; Doc. No. 7) is DEEMED MOOT.**

**ORDERED:  Plaintiffs shall be awarded damages, including interest, totaling $57,946.95, as specified.**

**ORDERED:  Plaintiffs shall be awarded attorneys fees totaling $3596.00, as specified.**

**9:09 a.m.    Court in recess.**
Hearing concluded.
Time in court - 6 minutes.