## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-00954-JLK

TRUSTEES OF THE IRON WORKERS PENSION TRUST FOR COLORADO,
TRUSTEES OF THE INTERMOUNTAIN IRON WORKERS HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO IRON WORKERS INDIVIDUAL ACCOUNT TRUST FUND, and
TRUSTEES OF THE COLORADO STATEWIDE (ERECTORS) IRON WORKERS APPRENTICESHIP AND TRAINING TRUST FUND,

    Plaintiffs,

v.

IDEAL STEEL SPECIALTIES, INC., and
GERALD A. GONZALES, JR.

    Defendants.

## ORDER GRANTING AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS IDEAL STEEL SPECIALTIES, INC. AND GERALD A. GONZALES, JR.

THIS MATTER comes before the Court on Plaintiffs' Amended Motion for Entry of Default Judgment Against Defendants Ideal Steel Specialties, Inc. and Gerald A. Gonzales, Jr. The Court has exclusive jurisdiction over this matter pursuant to Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, Section 502(e) of ERISA, 29 U.S.C. § 1132(e), and 28 U.S.C. §§ 1331 and 1337. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' Amended Motion for Default Judgment against Defendants Ideal Steel Specialties, Inc. and Gerald A. Gonzales, Jr., is GRANTED.

Judgment shall enter in favor of Plaintiffs, the Trustees of the Iron Workers Pension Trust for Colorado, Trustees of the Intermountain Iron Workers Health and Welfare Trust Fund, Trustees of the Colorado Iron Workers Individual Account Trust Fund, and Trustees of the Colorado Statewide (Erectors) Iron Workers Apprenticeship and Training Trust Fund (collectively the "Trustees") and against Defendants Ideal Steel Specialties, Inc. and Gerald A. Gonzales, Jr., for the following amounts:

(a) $57,946.95 (which is the amount of damages, namely $40,446.57 for unpaid benefit contributions under ERISA, $5,232.06 in liquidated damages, plus prejudgment interest accruing thereon at the rate of 18% per annum compounded annually through January 2009, in the sum of $12,268.32);

(b) Costs in the amount of $618.93; and

(c) Attorneys' fees in the amount of $3,596.00.

Dated this 5th day of August, 2010.

BY THE COURT:

*s/John L. Kane*